UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:11-CV-62446-WPD

WILLIAM L. TAYLOR,

    Plaintiff,

vs.

MILANO'S PIZZA, INC., a Florida
Corporation, and TWIN SHOPPING
CENTER-NORTH, LLC, a Florida Limited
Liability Company,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendants, MILANO'S PIZZA, INC. and TWIN SHOPPING CENTER-NORTH, LLC, by and through undersigned counsel, hereby gives the Court notice that the parties have reached a settlement in this matter. The parties are finalizing the settlement documents.

Dated: December 28, 2011

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
*Attorneys for Defendants, Milano's Pizza, Inc., and Twin Shopping Center-North, LLC*
333 Avenue of the Americas
Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

By:    s/ Courtney B. Green
      ROBERT S. FINE
      Florida Bar No. 0155586
      Email: FineR@gtlaw.com

D. PORPOISE EVANS  
Florida Bar No. 0576883  
Email: Evansp@gtlaw.com  
COURTNEY B. GREEN  
Florida Bar No. 52622  
Email: GreenCo@gtlaw.com  

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of December, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              s/ Courtney B. Green  
                                              COURTNEY B. GREEN

## SERVICE LIST
*William L. Taylor v. Milano's Pizza, Inc. and Twin Shopping Center-North, LLC*
*Case No. 0:11-cv-62446-WPD*
*United States District Court, Southern District of Florida*

**Douglas S. Schapiro, Esq.**
Email: schapiro@schapirolawgroup.com
The Schapiro Law Group, P.L.
7050 W. Palmetto Park Road
Suite 15-271
Boca Raton, Florida 33433
Telephone: (561) 807-7388
Facsimile: (561) 807-7198

*Counsel for Plaintiff*