UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:11-CV-62446-WPD

WILLIAM L. TAYLOR,

    Plaintiff,

vs.

MILANO'S PIZZA, INC., a Florida Corporation, and TWIN SHOPPING CENTER-NORTH, LLC, a Florida Limited Liability Company,

    Defendants.
_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, WILLIAM L. TAYLOR ("Plaintiff"), by and through the undersigned counsel, hereby files this Notice of Voluntary Dismissal With Prejudice as to Defendants, MILANO'S PIZZA, INC. and TWIN SHOPPING CENTER-NORTH, LLC ("Defendants").

Respectfully submitted this 11th day of January, 2012.

    /s/ Douglas S. Schapiro
    Douglas S. Schapiro
    Fla. Bar #54538
    Schapiro Law Group, P.L
    Attorneys for Plaintiff
    7050 W. Palmetto Park Road
    Suite 15-271
    Boca Raton, FL 33433
    Tele: (561) 807-7388
    Fax: (561) 807-7198
    Email: schapiro@schapirolawgroup.com

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on January 11, 2012.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
Fla. Bar #54538
The Schapiro Law Group, P.L
Attorneys for Plaintiff
7050 W. Palmetto Park Road
Suite 15-271
Boca Raton, FL 33433
Tele: (561) 807-7388
Fax: (561) 807-7198
Email: Schapiro@schapirolawgroup.com